NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**BIOPARQUES DE OCCIDENTE, S.A. DE C.V., AGRICOLA LA PRIMAVERA, S.A. DE C.V., KALIROY FRESH LLC,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, THE FLORIDA TOMATO EXCHANGE,**
*Defendants-Appellees*

2023-2109

Appeal from the United States Court of International Trade in No. 1:20-cv-00035-JCG, Judge Jennifer Choe-Groves.

Before DYK, *Circuit Judge*.

**O R D E R**

This court stayed the appeal pending the United States Court of International Trade's disposition of a related matter. Appellants inform the court that matter has now been resolved and state that if no party files an appeal from that decision by June 16, 2025, then appellants "intend to withdraw this appeal." ECF No. 20 at 2.

Upon consideration thereof,

IT IS ORDERED THAT:

The stay is maintained, and within seven days after June 16, 2025, the parties are directed to inform this court as to how they believe this appeal should proceed.

FOR THE COURT

May 23, 2025
Date

Jarrett B. Perlow
Clerk of Court