| CASE NO. 23-2109 |
|---|

| BEFORE THE UNITED STATES<br>COURT OF APPEALS FOR THE FEDERAL CIRCUIT |
|---|

| BIOPARQUES DE OCCIDENTE, S.A. DE C.V.,<br>AGRICOLA LA PRIMAVERA, S.A. DE C.V.,<br>KALIROY FRESH LLC,<br>*Plaintiffs-Appellants,*<br>v.<br>UNITED STATES, THE FLORIDA TOMATO EXCHANGE,<br>*Defendants-Appellees* |
|---|

| APPEAL FROM<br>THE U.S. COURT OF INTERNATIONAL TRADE<br>IN CASE NO. 1:20-CV-00035-JCG, JUDGE JENNIFER<br>CHOE-GROVES |
|---|

STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of *Bioparques de Occidente, S.A. de C.V. et al v. United States* (Case No. 23-2109).[1] The parties agree that each side shall bear its own costs.

---

[1] The parties were due to file a joint status report regarding to this appeal on June 23, 2025, pursuant to the Court's May 23 order. Counsel for Plaintiffs-Appellants had committed to the other parties that it would file a motion for dismissal prior to that deadline. As a result, the parties agreed that no joint status report was required. However, the preparation of this stipulation by Counsel to Plaintiffs-Appellants was unexpectedly delayed. Counsel for Plaintiffs-Appellants takes full responsibility for this oversight, and sincerely apologies for any inconveniences or difficulties its oversight may have caused.

Respectfully submitted,

/s/ Jeffrey M. Winton

Jeffrey M. Winton
Michael J. Chapman
Vi N. Mai
WINTON & CHAPMAN PLLC
1100 13th Street, N.W., Suite 825
Washington, D.C. 20005
(202) 774-5500

Attorneys for Plaintiffs-Appellants
   Bioparques de Occidente, S.A. de
   C.V., Agricola La Primavera, S.A. de
   C.V., and Kaliroy Fresh LLC

June 24, 2025

|  | Respectfully submitted, |
|---|---|
|  | BRETT A. SHUMATE<br>Assistant Attorney General |
|  | PATRICIA M. MCCARTHY<br>Director |
|  | /s/ Franklin E. White, Jr.<br>FRANKLIN E. WHITE, JR.<br>Assistant Director |
|  | /s/ Douglas G. Edelschick<br>DOUGLAS G. EDELSCHICK |
| Of Counsel: | Senior Trial Counsel<br>Commercial Litigation Branch |
| AYAT MUJAIS<br>Senior Attorney<br>Office of Chief Counsel for Trade<br>    Enforcement and Compliance<br>U.S. Department of Commerce | Civil Division<br>United States Department of Justice<br>P.O. Box 480, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 353-9303 |
| June 24, 2025 | Attorneys for Defendant-Appellee<br>United States |

                                      <u>/s/ Mary Jane Alves           </u>

                                      Mary Jane Alves
                                      James R. Cannon, Jr.
                                      Ulrika K. Swanson
                                      Jonathan M. Zielinski
                                      CASSIDY LEVY KENT USA LLP
                                      2112 Pennsylvania Avenue NW
                                      Suite 300
                                      Washington, D.C. 20037
                                      (202) 567-2300

                                      Attorneys for Defendant-Appellant The
                                          Florida Tomato Exchange

June 24, 2025